IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

VICKI C. HOOD and                          )
WILLIAM KEITH RIDLEY                        )
                                            )    No. 3-04-0473
v.                                          )
                                            )
TENNESSEE BOARD OF REGENTS;[1]              )
TENNESSEE SMALL BUSINESS                    )
DEVELOPMENT CENTER; DR.                     )
PAULA SHORT, individually and in her        )
official capacity as Vice Chancellor;       )
ALBERT LAABS, individually and in his       )
official capacity as Executive Director;    )
and DR. CHARLES W. MANNING,                 )
individually and in his official capacity as )
Chancellor                                  )

FINAL CASE MANAGEMENT ORDER

Pursuant to the order entered January 17, 2008 (Docket Entry No. 107), a settlement conference was held on February 26, 2008, at the conclusion of which plaintiff Vicki C. Hood and the defendants were able to reach a resolution of Ms. Hood's claims against the defendants, contingent upon approval by the Tennessee Attorney General, the Comptroller, and Governor.

To allow sufficient time for such approval, the parties shall have until April 28, 2008, to file an agreed order of dismissal.

Plaintiff William Keith Ridley and the defendants were not, however, able to reach a resolution of Mr. Ridley's claims against the defendants.

The Court encourages counsel for the parties to continue to communicate about the potential for settlement of those claims. The Magistrate Judge will remain available if counsel wants to schedule any telephonic communications about settlement of Mr. Ridley's claims.

Except for the March 15, 2008, deadlines for taking any expert depositions relating to the Comptroller's Report on Jungle Marketing and for serving supplementation to written discovery

---

[1] By order entered November 27, 2007 (Docket Entry No. 99), defendant Tennessee Board of Regents was dismissed from this action.

previously served and except for the deadlines for pretrial exchanges and filings, as provided in the order entered December 12, 2007 (Docket Entry No. 102), all scheduling deadlines have passed. There are no pending motions.  There are no matters to be addressed by the Magistrate Judge and no need, other than as set forth herein, for any further involvement by the Magistrate Judge prior to the May 23, 2008, pretrial conference or June 3, 2008, trial.

Therefore, unless otherwise directed by the Court or as otherwise set forth herein, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

2

Case 3:04-cv-00473   Document 110   Filed 02/28/08   Page 2 of 2 PageID #: 1907